AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Amel W. Dalluge

                                                                           **JUDGMENT IN A CIVIL CASE**

v.

Rob McKenna

                                                                 CASE NUMBER: CV-07-80-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  the Petition is DISMISSED with prejudice under Rule 4, Rules Governing Section 2254 Cases.

| | |
|---|---|
| June 6, 2007 | JAMES R. LARSEN |
| Date | Clerk |
| | s/ Vikki Johnson |
| | (By) Deputy Clerk |
| | Vikki Johnson |